IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES SLADE,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING LLC and<br>MIDLAND CREDIT MANAGEMENT INC.,<br>Defendant. | Case No. 12-CV-2567 CM/JPO<br><br>Civil Action |

**PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties to the captioned civil action, by and through their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal with prejudice of this civil action, with each party to bear its own attorney fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Charles D. Kugler #7031
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0147
AJStecklein@gmail.com
CDKugler@yahoo.com
Attorneys for Plaintiff

and

By: /s/ Thomas M. Martin
Thomas M. Martin #13620
Joseph M. Bant #23982
Lewis Rice & Fingersh LP
1010 Walnut Street, Suite 500
Kansas City, Missouri 64106
Telephone: 816-421-2500
Facsimile: 816-472-2500
TMMartin@lrf-kc.com
JMBant@lrf-kc.com
Attorneys for Defendants